IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CASEY THOMAS HAVARD**                                                        **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 1:24-cv-00139-TBM-RPM**

**GEORGE COUNTY CORRECTIONAL FACILITY, et al.**          **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 26th day of November, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE